IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Tanisha Fenderson,<br><br>        **Plaintiff,**<br><br>  v.<br><br>Experian Information Solutions, Inc.;<br>Trans Union, LLC; Target National<br>Bank; and Firstsource Advantage, LLC<br><br>        Defendants. | Civil Action No.:<br><br>2:09-cv-557-WKW-CSC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tanisha Fenderson ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant Experian"), and file this Joint Stipulation of Dismissal With Prejudice.

All matters and things in controversy herein between Plaintiff and Defendant Experian have been fully settled and compromised. As part of the settlement, the parties request that this Court dismiss Plaintiff's claims against Defendant Experian only, with prejudice to the refiling of same.

As evidenced by the electronic signatures of Plaintiff and Defendant Experian's counsel on this Motion, this Motion is agreed upon by the parties.

                              Respectfully submitted,

                              */s/ L. Jackson Young, Jr.*
                              Leilus Jackson Young, Jr. (ASB-7946-G65L)
                              Ferguson, Frost & Dodson, LLP
                              Birmingham, Alabama 35243
                              Telephone: (205) 879-8722
                              Telecopier: (205) 879-8831
                              Email: ljy@ffdlaw.com

        Nicole M. Perry (admitted pro hac vice)
        Texas Bar Number 24056367
        JONES DAY
        717 Texas Suite 3300
        Houston, Texas 77002
        Telephone: (832) 239-3791
        Telecopier: (832) 239-3600
        Email:  nmperry@jonesday.com

        Counsel for Defendant,
        EXPERIAN INFORMATION SOLUTIONS,
        INC.


        */s/ James D. Patterson*_____
        James D. Patterson
        Law Offices of Earl P. Underwood, Jr.
        21 South Section Street
        Fairhope, Alabama 36533-0969
        Telephone: (251) 990-5558
        Telecopier: (251) 990-0626
        Email:  jpatterson@alalaw.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kary Bryant Wolfe
kwolfe@walstonwells.com
Timothy M. Davis
tdavis@walstonwells.com
Walston Wells & Birchall, LLP
1819 Fifth Ave. North, Suite 1100
Birmingham, Alabama 35283-0642
*Attorneys for Defendant*
*Trans Union LLC*

William H. Reece
breece@handarendall.com
Hand Arendall LLC
P.O. Box 123
Mobile, Alabama 36601

John S. Johnson
jjohnson@handarendall.com
Hand Arendall LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
*Attorneys for Defendant*
*Target National Bank*

                                             /s/ L. Jackson Young, Jr.
                                             L. Jackson Young, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Tanisha Fenderson,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**Experian Information Solutions, Inc.;**<br>**Trans Union, LLC; Target National**<br>**Bank; and Firstsource Advantage, LLC**<br><br>        **Defendants.** | **Civil Action No.:**<br><br>**2:09-cv-557-WKW-CSC** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE HEARD Plaintiff Tanisha Fenderson, by and through her attorney of record, and also came Defendant, Experian Information Solutions, Inc., by and through its attorney of record, and it was thereupon announced to the Court that all matters and things in controversy herein between Plaintiff and Defendant Experian have been fully settled and compromised. As part of the settlement, the parties request that this Court dismiss Plaintiff's claims against Defendant Experian with prejudice to the refiling of same. After having reviewed the pleadings and papers on file herein, and noting that the Motion is agreed by the parties, the Court enters the following Order.

IT IS ORDERED that the Joint Motion to Dismiss With Prejudice is GRANTED.

IT IS FURTHER ORDERED that all of Plaintiff's claims and causes of action against Defendant Experian Information Solutions, Inc. only are hereby dismissed with prejudice to the refiling of same. This action remains pending with respect to all other defendants.

IT IS FURTHER ORDERED that all costs of Court, including attorneys' fees, be taxed against the party incurring same.

IT IS SO ORDERED.

Signed this _____ day of _____, 2010.

_____
Presiding Judge