IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TANISHA FENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-CV-557-WKW |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff Tanisha Fenderson's Motion to Dismiss with Prejudice all claims against Defendant Trans Union, LLC (Doc. # 54), it is ORDERED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the motion is GRANTED. Plaintiff's claims against Defendant Trans Union, LLC are DISMISSED with prejudice. There being no more pending claims, the Clerk of the Court is DIRECTED to close this case.

DONE this 18th day of June, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE